■ In the Matter of MILITZA L., Respondent, v RAMON LUIS C., Appellant. [62 NYS3d 804]—

Order, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about July 5, 2016, which, after a fact-finding hearing, granted petitioner a one-year order of protection, unanimously affirmed, without costs.

A fair preponderance of the evidence establishes that respondent committed the family offense of harassment in the second degree (*see* Family Ct Act §§ 812, 832). Petitioner testified that, inter alia, respondent intentionally engaged in a course of conduct in 2013 and 2016 to alarm or seriously annoy her for no legitimate purpose (*see* Penal Law § 240.26 [3]), and there exists no basis to disturb the court's credibility determinations (*see e.g. Matter of Peter G. v Karleen K.*, 51 AD3d 541 [1st Dept 2008]). Concur—Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.